IMANUEL B. ARIN, ESQ.
Nevada Bar No. 4207
**ARIN & ASSOCIATES, P.C.**
10801 W. Charleston Blvd., Suite 170
Las Vegas, Nevada 89135
Telephone:  (702) 838-8600
Facsimile:  (702) 838-8601
Email: iarin@arinassociates.net

THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
JAY T. HOPKINS, ESQ.
Nevada Bar No. 3223
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 868-8000
Facsimile:  (702) 868-8001
Email: tparker@pnalaw.net
Email: jhopkins@pnalaw.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES R. ACHBERGER, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10; and ROE CORPORATIONS 1 through 100;<br><br>Defendants. | Case No.: 2:17-cv-01068-JAD-VCF<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND VACATE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>ECF Nos. 5, 8 |

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff JAMES R. ACHBERGER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through their respective counsel of record, that Plaintiff may amend his Complaint and file the proposed First Amended Complaint (Exhibit 1).

/ / /

/ / /

1     The parties also stipulate that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc.

2 5) is withdrawn pursuant to the parties agreement regarding the proposed First Amended Complaint,

3 and that the hearing scheduled for June 19, 2017 shall be vacated (Doc. 6).

4     DATED this 25th day of May, 2017.

**PARKER, NELSON & ASSOCIATES, CHTD.**     **HARPER | SELIM**

*/s/ Theodore Parker III*                                    */s/ James E. Harper*
THEODORE PARKER, III, ESQ.            JAMES E. HARPER, ESQ.
Nevada Bar No. 4716                              Nevada Bar No. 9822
JAY T. HOPKINS, ESQ.                           TAYLOR G. SELIM, ESQ.
Nevada Bar No. 3223                              Nevada Bar No. 12091
2460 Professional Court, Suite 200         BRANDON L. GATEWOOD, ESQ.
Las Vegas, Nevada 89128                   Nevada Bar No. 13338
                                                   1707 Village Center Circle, Suite 140
IMANUEL B. ARIN, ESQ.                    Las Vegas, Nevada 89134
Nevada Bar No. 4207
**ARIN & ASSOCIATES, P.C.**                 *Attorneys for Defendant*
10801 W. Charleston Blvd., Suite 170
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

### ORDER

Based on the parties' stipulation **[ECF No. 8]** and good cause appearing, IT IS HEREBY ORDERED that the plaintiff must file the proposed amended complaint [ECF No. 8-1] forthwith; the motion to dismiss **[ECF No. 5] is DEEMED WITHDRAWN**; and **the 6/19/17 1:30 p.m. hearing on that motion to dismiss is VACATED**.

                                                        _____
                                                        U.S. District Judge Jennifer Dorsey
                                                        May 30, 2017