**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JAMES R. ARCHBERGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-01068-JAD-VCF<br>**AMENDED ORDER** |

　　　　Before the Court is the Stipulation and Order for the Release of a Nevada Prescription Monitoring Program Report (ECF No. 23).

　　　　Accordingly, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Stipulation and Order for the Release of a Nevada Prescription Monitoring Program Report (ECF No. 23) is GRANTED. The Nevada Prescription Monitoring Program must release a Prescription Monitoring Report to counsel for Plaintiff and Defendants, pursuant to NRS 453.164(7)(b), for James R. Archberger, from July 26, 2007 though the present.

　　　　IT IS SO ORDERED.

　　　　DATED this 2nd day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE